S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.brickey-smith@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF THE SEARCH OF | ) No. 3:21-mj-00534-SAO |
|---|---|
| A blue Motorola mobile phone seized on October 9, 2021 | ) ) ) ) ) ) |

**MOTION TO UNSEAL**

<u>FILED UNDER SEAL</u>

COMES NOW the United States of America, by and through the United States Attorney for the District of Alaska, and moves this Court to permit the United States to disclose the sealed search warrant, search warrant application, and supporting documents to the defendants in *United States v. Mikaele, et al.*, No. 3:21-cr-00101. Disclosure is necessary for the government to comply with its discovery obligations in that case. The disclosed documents will be subject to the protective order in that case to prevent disclosure to third parties.

RESPECTFULLY SUBMITTED on August 8, 2022, at Anchorage, Alaska.

S. LANE TUCKR
United States Attorney

s/ Seth Brickey
SETH BRICKEY
Assistant United States Attorney